UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID P. FLICK,

        Plaintiff,                              Case No. 1:09cv647

v.                                                 Hon. Robert J. Jonker

SEETHA VADLAMUDI, M.D., et al.,

        Defendants.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 16, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 16, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's motion to substitute (docket #24) is **DENIED** and defendant Benjamin Scarff, D.O. is **DISMISSED** from this case.

                                              /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE

Dated: August 3, 2010